UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ANTONIO MUNOZ,

        Plaintiff,

    -against-

MANHATTAN CLUB TIMESHARE ASSOCIATION, INC.

    Defendant.
------------------------------------------------------------------------ X

TRIAL STIPULATION

The undersigned counsel for the parties stipulate as follows:

After extensive calculations on both sides and further negotiations, we agree that the amount of back pay, front pay and prejudgment interest that is due as of the date of the verdict is $83,464.02. If the Court would like a breakdown, we are prepared to provide it, but if not, the parties agree that the trial is concluded and that $83,464.02 be added to the amounts awarded by the jury, and the total amount of $615964.02 be entered into a judgment.

This stipulation waives no right of any party except as to the following: That the amount of back pay, front pay or pre-judgment interest was excessive or inadequate given the liability verdict, which defendant intends to challenge in such ways as any federal rule permits. After judgment enters, the parties shall proceed in any way that the Federal Rules of Civil Procedure permit, including such extensions of time as the parties may agree on and/or

that the Court shall endorse.

| Dated: New York, New York<br>March 20, 2014 | Dated: New York, New York<br>March 20, 2014 |
|---|---|
| *signature*<br>Gregory Antollino, Esq<br>Attorney for Plaintiff<br>275 Seventh Avenue Suite 705<br>New York, NY 10001<br>(212) 334-7397 | *signature*<br>Judith A. Stoll<br>Kane Kessler, P.C.<br>Attorney for Defendant<br>1350 Avenue of the Americas<br>New York, NY 10019 |

SO ORDERED:

_____

J. Paul Oetken, U.S.D.J